

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

March 16, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 3/19/2021

**DELIVERED VIA ECF**

Honorable Edgar Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom 619
New York, New York 10007

## MEMO ENDORSED

|  |  |
|---|---|
| Case Title: | *Kirk Kara Corp. v. M.D.C. Diamonds International Inc., et al*; 1:20-cv-01762-ER |
| Re: | Request for Adjournment |

Your Honor:

  Our office represents Plaintiff Kirk Kara Corp. ("Kirk Kara") in this copyright infringement matter. We write pursuant to Rule 1E of Your Honor's Individual Practices to respectfully request a 30-day adjournment of the hearing currently scheduled for Thursday, March 18 at 11:00 am. The reason for this request is that the parties are currently engaged in settlement discussions. The additional time would allow the parties to negotiate a resolution and conserve judicial resources. There have been no previous requests for an extension.

  Plaintiff has also provided a copy of this request to a representative for defendant via email.

  We thank Your Honor for your consideration of this request.

Respectfully submitted,

By:  */s/ Scott Alan Burroughs*
Scott Alan Burroughs
Laura M. Zaharia
DONIGER / BURROUGHS
For the Plaintiff

---

The March 18 default hearing is hereby adjourned to April 23, 2021 at 11:00 a.m.  The hearing will occur remotely and by telephone.  The parties are instructed to dial (877) 411-9748 and enter access code 3029857# when prompted.  Plaintiff is directed to provide a copy of this order to Defendant.

 SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: 3/19/2021
New York, New York

1